NEW JERSEY BELL TELEPHONE CO., APPELLANT, v. THE CITY OF NEWARK, RESPONDENT.

Argued February 6, 1940—Decided April 25, 1940.

For the appellant, *J. Henry Harrison.*

For the respondent, *John A. Mathews.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmanc*—THE CHIEF JUSTICE, DONGES, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 9.

*For reversal*—None.